IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DeBRADRE D. JACKSON,

            Plaintiff,

v.

THE COUNTY OF LACROSSE LAW ENFORCEMENT CENTER,
SHERIFF DEPARTMENT ADMINISTRATION, LACROSSE and COUNTY SHERIFF LACROSSE,

           Defendants.

ORDER

13-cv-775-bbc

---

    Plaintiff DeBradre Jackson, an inmate at the LaCrosse County Jail in LaCrosse, Wisconsin, has submitted a proposed complaint. With the exception of habeas corpus proceedings, the fee for civil actions filed after May 1, 2013 is $400 unless a litigant qualifies as indigent under the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a), in which case the fee is $350. Plaintiff has not paid the filing fee and includes a request for leave to proceed *in forma pauperis* in his complaint.

    Because plaintiff is a prisoner, he is subject to the 1996 Prisoner Litigation Reform Act. This means that before this court may decide whether he can proceed *in forma pauperis*, he will have to make an initial partial payment of the filing fee for this case. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

    Plaintiff's complaint was signed on November 6, 2013. His inmate account statement should cover the six-month period beginning approximately May 6, 2013 and ending approximately November 6, 2013. Once plaintiff has submitted the necessary statement, I will

calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to jail officials to insure that they are aware they should send a copy of plaintiff's six-month inmate account statement to this court.

ORDER

IT IS ORDERED that plaintiff DeBradre Jackson may have until December 12, 2013, in which to submit a certified copy of his inmate account statement for the period beginning approximately May 6, 2013 and ending approximately November 6, 2013 If, by December 12, 2013, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 20th day of November 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

2