IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DeBRADRE D. JACKSON,

                                                ORDER

                Plaintiff,

v.                                                13-cv-775-bbc

THE COUNTY OF LACROSSE LAW
ENFORCEMENT CENTER, SHERIFF
DEPARTMENT ADMINISTRATION, LACROSSE and
COUNTY SHERIFF LACROSSE,

                Defendants.

---

On November 20, 2013, this court directed plaintiff DeBradre Jackson to submit a six-month trust fund account statement so that he could be assessed an initial partial payment of the $350 fee for filing this case. When plaintiff filed his complaint, he was in custody at the LaCrosse County Jail. With his complaint, plaintiff provided an address for when he would be released, and the clerk's office mailed him a copy of the order to that address. However, plaintiff's deadline has passed and he has not submitted his inmate account statement. I will give plaintiff one more opportunity to submit his inmate account statement and extend his deadline to January 17, 2014.

Plaintiff is reminded that his inmate account statement should cover the six-month period beginning approximately May 6, 2013 and ending approximately November 6, 2013. Once plaintiff has submitted the necessary statement, this court will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should contact the LaCrosse County jail officials to make the necessary arrangements to send his six-month inmate account statement to this court.

ORDER

IT IS ORDERED that plaintiff DeBradre Jackson may have an enlargement of time, to January 17, 2014, in which to submit a certified copy of his inmate account statement for the period beginning approximately May 6, 2013 and ending approximately November 6, 2013. If, by January 17, 2014, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 27th day of December, 2013.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge